Núm. 8188.—SUAU, aplte. *v.* U. S. RUBBER EXPORT CO., LTD., ET AL., apldas.—C. D. Aguadilla. Mayo 28, 1940.

(Por la Corte a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede sin la asistencia de las partes y apareciendo que la parte apelante no ha hecho gestión ninguna en la tramitación de su apelación desde el 16 de febrero de 1939, fecha en que la corte de distrito concedió una prórroga de 60 días a contar de dicha fecha para radicar una transcripción de la evidencia, se desestima por abandono la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de Aguadilla en 7 de enero de 1939.